# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America | CRIMINAL NO. 15-CR-30032-MGM |
| v. | |
| Rita Luthra, | ORAL ARGUMENT REQUESTED |
| Defendant. | |

## RITA LUTHRA, M.D.'S MOTION TO COMPEL DISCOVERY
## OF GRAND JURY INSTRUCTIONS

Rita Luthra, M.D., ("Dr. Luthra"), hereby moves that this Court compel the production of the legal instructions given two the two grand juries that have returned indictments against Dr. Luthra in this case. The grounds for this Motion are set forth in the accompanying memorandum of law submitted in its support. In particular, Dr. Luthra requests production of:

1. The legal instructions given to the grand jury that returned the original indictment in this matter.

2. The legal instructions given to the grand jury that returned the superseding indictment in this matter.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request that the Court hold oral argument on this Motion. The Motion raises substantial legal issues, and oral argument will assist the Court in resolving it.

>Respectfully submitted,
>
>RITA LUTHRA, M.D.
>
>By her attorney,
>
>/s/ **Stephen E. Spelman**
>Stephen E. Spelman (BBO #632089)
>12 Wellington Drive
>East Longmeadow, Mass.  01028
>(413) 530-4316
>s.e.spelman@gmail.com

Dated:  September 15, 2017

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2) I certify that I conferred with counsel for the government and attempted to resolve the issues that are the subject of this filing.  Because of the issues raised only by the filing of the Superseding Indictment, I could not have previously filed this Motion.

>/s/ Stephen E. Spelman

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), on this 15th day of September, 2017.

>/s/ Stephen E. Spelman