UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br><br>v.<br><br>Rita Luthra<br><br>Defendant. | CRIMINAL NO. 15-CR-30032-MGM |

### UNOPPOSED MOTION TO CONTINUE THE TRIAL DATE AND FOR STATUS CONFERENCE WITH THE COURT

Now comes the defendant, Rita Luthra, M.D., ("Dr. Luthra") and respectfully requests this Honorable Court to continue the date currently scheduled for trial in the above-captioned matter (Dec. 4, 2017) to another date agreeable to the parties and the Court.

As grounds for this request Dr. Luthra states that:

(1) She intends to move pursuant to Federal Rule of Criminal Procedure 12 to dismiss the superseding indictment in this matter on several grounds. There is no schedule set for the filing of Dr. Luthra's intended Rule 12 motion. Given the multiple bases Dr. Luthra will be relying on in her intended Rule 12 motion, and the concomitant time it will take to prepare such a lengthy motion, a trial date of December 4, 2017 will not give Dr. Luthra sufficient time to both prepare her Rule 12 motion and simultaneously prepare for trial.

(2) Dr. Luthra's motion for discovery of the government's legal instructions to both of the grand juries that have sat in this case is currently pending before the Magistrate Judge. The outcome of Dr. Luthra's request for discovery of the legal instructions is directly

relevant to multiple bases of her intended Rule 12 motion. Should the Magistrate Judge rule against Dr. Luthra in any respect, and should Dr. Luthra decide to appeal such a ruling to the Court, that appeal would necessarily further push back the preparation, and filing date, of Dr. Luthra's Rule 12 motion.

(3) The government's motion to exclude time from consideration under the Speedy Trial Act is also pending before the Magistrate Judge. The outcome of this motion is also relevant to the preparation and timing of Dr. Luthra's intended Rule 12 motion, particularly if Dr. Luthra were to appeal any adverse ruling by the Magistrate Judge on the motion.

(4) Dr. Luthra is requesting this continuance of the trial date in order to adequately prepare her defense to the allegations in the superseding indictment, and to adequately prepare for trial as well.

Dr. Luthra also requests a status conference with the Court, at the Court and the parties' convenience, regarding the schedule for filing dates regarding Dr. Luthra's anticipated Rule 12 motion.

Counsel for Dr. Luthra has conferred with the United States Attorney's Office regarding this motion, and AUSA Miranda Hooker has informed counsel for Dr. Luthra that the government does not oppose Dr. Luthra's request to continue the trial date.

Respectfully submitted,

RITA LUTHRA, M.D.
By her attorney,

s/ **Stephen E. Spelman**
Stephen E. Spelman (BBO #632089)
12 Wellington Drive
East Longmeadow, Mass. 01028
(413) 530-4316
s.e.spelman@gmail.com

Dated: October 24, 2017

**CERTIFICATE OF SERVICE**

 I certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), on this 24th day of October, 2017.

            s/ **Stephen E. Spelman**
            Stephen E. Spelman