IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RITA LUTHRA,<br><br>　　　　　Defendant. | Criminal No. 15-CR-30032-MGM |

**GOVERNMENT'S MOTION TO APPEAR AT STATUS CONFERENCE
BY TELEPHONE**

　　　　The government, through Assistant U.S. Attorney Miranda Hooker, hereby moves to appear by telephone at the November 16, 2017 status conference. The undersigned Assistant U.S. Attorney is located in Boston and has a sentencing that afternoon before United States District Judge Patti B. Saris. For these reasons, the government requests that the Court allow Assistant U.S. Attorney Hooker to appear at the status conference by telephone.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　WILLIAM D. WEINREB
　　　　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　*/s/ Miranda Hooker*
　　　　　　　　　　　　　　　　　　　Miranda Hooker
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　Date:  November 1, 2017

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    */s/ Miranda Hooker*
                                    MIRANDA HOOKER