IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RITA LUTHRA,<br><br>        Defendant. | Criminal No. 15-CR-30032-MGM |

## GOVERNMENT'S MOTION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE

The government, through Assistant U.S. Attorney Miranda Hooker, hereby moves to appear by telephone at the January 30, 2018 status conference. The undersigned Assistant U.S. Attorney is located in Boston and currently has a sentencing scheduled for that afternoon before United States District Judge Patti B. Saris. For these reasons, the government requests that the Court allow Assistant U.S. Attorney Hooker to appear at the status conference by telephone.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

*/s/ Miranda Hooker*
Miranda Hooker
Assistant U.S. Attorney

Date: January 19, 2018

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      */s/ Miranda Hooker*
                                      MIRANDA HOOKER