UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br><br>v.<br><br>Rita Luthra,<br><br>Defendant. | CRIMINAL NO. 15-CR-30032-MGM |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 10, 2018, the United States of America and the Defendant, Rita Luthra, M.D., by their undersigned counsel, respectfully submit the following status report in the above-captioned matter.

**I. Status of Plea Discussions and Likelihood and Estimated Length of Trial**

The parties are not engaged in plea discussions and this case seems certain to go to trial. The parties expect the trial to last one to two weeks.

**II. Status of Discovery**

The government believes that its production of discovery is complete. Dr. Luthra has not produced any materials to the government at this time, as she has not determined whether she will offer any documents in a case-in-chief. To the extent Dr. Luthra becomes aware of any discovery subject to Local Rule 116.1(d), she will expeditiously produce that discovery to the government. Dr. Luthra has not requested expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) as the government will not be offering expert testimony at trial.

### III. Timing of Pre-Trial Motions Under Fed. R. Crim. P. 12(b)

Dr. Luthra intends to file pre-trial motions under Fed. R. Crim. P. 12(b). Dr. Luthra will do so no later than 30 days before trial or pursuant to a schedule established by the Court.

Respectfully submitted,

RITA LUTHRA, M.D.

By her attorney,
/s/ Stephen E. Spelman
Stephen E. Spelman, BBO # 632089
12 Wellington Drive
East Longmeadow, MA 01028

Respectfully submitted,

ANDREW E. LELLING

United States Attorney
By: /s/ Miranda Hooker
Miranda Hooker, BBO# 661569
Assistant U.S. Attorney

Dated: January 23, 2018

### CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), on this 23rd day of January, 2018.

/s/ Stephen E. Spelman